KATHRYN KENEALLY
Assistant Attorney General

QUINN P. HARRINGTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6507 (v)
202-307-0054 (f)
Quinn.P.Harrington@usdoj.gov

Of Counsel:
JENNY A. DURKAN
United States Attorney

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cv-01256-RAJ |
| Petitioner, ) | |
| ) | **ORDER GRANTING ADDITIONAL 30 DAYS TO SERVE RESPONDENT** |
| v. ) | |
| JOSEPH P. BRYANT, ) | |
| Respondent. ) | |

This matter is before the Court based upon the United States' Motion for an Extension of Time to Serve the Respondent. IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The United States shall have an additional 30 days from the date of this order, to serve Respondent, Joseph P. Bryant;

3. The United States shall include a copy of this order along with the other documents to be served upon Respondent, Joseph P. Bryant; and

Order Granting Extension of Time to Serve
(Case No. 2:13-cv-01256)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6507

4. Should the United States seek additional time or seek other permission regarding service from this Court, the United States will submit a subsequent motion for review by this Court.

IT IS SO ORDERED

Dated this 10th day of January, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order Granting Extension of Time to Serve
(Case No. 2:13-cv-01256)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6507