1

THE HONORABLE RICHARD A. JONES

2

3

4

5

6                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8    UNITED STATES OF AMERICA,              )
                                            )      Case No. C13-1256 RAJ
9              Petitioner,                   )
                                            )
10             v.                            )      ORDER
                                            )
11   JOSEPH P. BRYANT,                       )
                                            )
12             Respondent.                   )
     _____)

13        This matter comes before the court on Respondent Joseph Bryant's motion for

14   extension of time to respond to the order to show cause.  Dkt. # 11.  Petitioner has not

15   objected to the motion, and the court GRANTS the extension.  Respondent has until June

16   3, 2014 to respond to the order to show cause (Dkt. # 5).

17        Dated this 21st day of May, 2014.

18

19

20        The Honorable Richard A. Jones
          United States District Judge

21

22

23

ORDER                              1