THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOSEPH P. BRYANT, ) <br> ) <br> Respondent. ) | Case No. C13-1256 RAJ <br><br> ORDER |

This matter comes before the court on Respondent Joseph Bryant's second motion for extension of time to respond to the order to show cause. Dkt. # 13. On May 21, 2014, the court granted respondent's first motion to extend time, and ordered him to respond to the order to show cause no later than June 3, 2014. Dkt. # 12. In his pending motion, respondent appears to request an indefinite extension, which the court will not allow. However, the court GRANTS the motion in part. Respondent must respond to the order to show cause within thirty days from the date of this order. The court will not grant any further extensions.

Dated this 27th day of June, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER   1