Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOSEPH P. BRYANT, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. C13-1256RAJ <br><br> ORDER GRANTING PETITION FOR JUDICIAL APPROVAL OF LEVY UPON PRINCIPAL RESIDENCE |

This matter having come before the undersigned upon the Petition of the United States and accompanying Declaration of Jay Riehle, and the Court having issued a Notice and Order to Show Cause which was properly served, Joseph P. Bryant having filed a written Objection to Petition, and the Court having considered the objections raised, arguments made and evidence presented, if any, at a hearing on November 14, 2014,

IT IS HEREBY ORDERED THAT, pursuant to 26 U.S.C. § 6334, the Court GRANTS the Petition for Judicial Approval of Levy upon Principal Residence.  The Internal Revenue Service may levy upon Joseph P. Bryant's interest in the property located at 10441 SE 14th St., Bellevue, WA 98004, with the legal description of

///

ORDER GRANTING PETITION <br>
FOR JUDICIAL APPROVAL OF LEVY UPON <br>
PRINCIPAL RESIDENCE <br>
Case No. 2:13-cv-01256-RAJ

1

**U.S. DEPARTMENT OF JUSTICE** <br>
P.O. Box 683 <br>
Washington, D.C. 20044 <br>
Telephone: (202) 616-3366

That portion of the north half of the south half of the southeast quarter of the northwest quarter of Section 5, Township 24 North, Range 5 East, W M, in King County, Washington, Washington, described as follows

Beginning on the southerly line of said subdivision at a point 177 18 feet westerly of the intersection of said southerly line and the westerly line of Lake Washington Boulevard,
Thence north 88 degrees 30 minutes 39 seconds west along said southerly line 89 00 feet,
Thence North 2 degrees 23 minutes 40 seconds west to the southerly line of the north 165 00 feet of said subdivision,
Thence south 88 degrees 30 minutes 21 seconds east along said southerly line to a point from which the point of beginning bears south 6 degrees 11 minutes 45 seconds east,
Thence south 6 degrees 11 minutes 45 seconds east to the point of beginning

EXCEPT that portion conveyed to the City of Bellevue by instrument dates March 20, 1957, and accepted by City of Bellevue Resolution No 609, recorded April 3, 1957 under King County Recording No 4784855

to satisfy part or all of his unpaid federal income taxes, penalties, interest and other statutory additions for tax years 1999, 2003, and 2005, in the amount of $86,008.98 through December 31, 2014, which may be executed by any authorized officer of the Internal Revenue Service.

It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this ORDER to:

Joseph P. Bryant
10441 SE 14th St.
Bellevue, WA 98004

DATED this 5th day of January, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PETITION
FOR JUDICIAL APPROVAL OF LEVY UPON
PRINCIPAL RESIDENCE
Case No. 2:13-cv-01256-RAJ

2

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 616-3366